**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| BLUEFIN LABS INC., <br><br> Petitioner, <br><br> v. <br><br> ANTI CAPITAL (UPPER CAYMAN), <br> and ANTI CAPITAL ASIA LTD., <br><br> Respondents. | Civil Action No.  1:26-cv-01190-JMF |

**DECLARATION OF HAYDEN A. MILLER IN SUPPORT OF RESPONDENTS ANTI CAPITAL (UPPER CAYMAN) AND ANTI CAPITAL ASIA LTD.'S OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, Hayden A. Miller, pursuant to 28 U.S.C. § 1746, declare as follows:

1.  I am an attorney with the law firm of Brown Rudnick LLP, counsel to Respondents Anti Capital (Upper Cayman) and Anti Capital Asia Ltd. ("Anti Capital").

2.  I submit this Declaration in support of Anti Capital's Opposition to Motion for Temporary Restraining Order and Preliminary Injunction.

3.  Attached hereto as **Exhibit A** is a true and correct copy of the Supplemental Submission in Further Opposition to Bluefin Labs Inc.'s Motion to Dismiss filed on July 7, 2025 in arbitration proceeding *Anti Capital (Upper Cayman) vs. BlueFin Labs Inc.*, JAMS Case No. 5425003755 (the "Arbitration").

4.  Attached hereto as **Exhibit B** is a true and correct copy of the Demand for Arbitration and Statement of Claim dated April 7, 2025 filed by Anti Capital in the Arbitration.

1

5.    Attached hereto as **Exhibit C** is a true and correct copy of a Loan Agreement between Bluefin Labs, Inc. and Anti Capital (Upper Cayman) dated May 9, 2023.

6.    Attached hereto as **Exhibit D** is a true and correct copy of the Services Agreement between Anti Capital Asia Ltd, and Bluefin Labs, Inc. dated May 18, 2023.

7.    Attached hereto as **Exhibit E** is a true and correct copy of Slack message thread between R. Jawaid and M. Shen dated May 31, 2024, produced by Anti Capital in the Arbitration as ANTICAPITAL_00000736.

8.    Attached hereto as **Exhibit F** is a true and correct copy of the Mutual Modification Agreement between Anti Capital (Upper Cayman), Anti Capital Asia Ltd, and Bluefin Labs, Inc. dated May 24, 2024.

9.    Attached hereto as **Exhibit G** is a true and correct copy of messages from R. Jawaid dated June 3, 2023, produced by Bluefin in the Arbitration as Bluefin0001284 - 1285.

10. Attached hereto as **Exhibit H** is a true and correct copy of Slack message thread between D. Shahriari, I, Barbery and M. Shen dated December 26, 2024, produced by Anti Capital in the Arbitration as ANTICAPITAL_00000710 - 713.

11. Attached hereto as **Exhibit I** is a true and correct copy of Respondent Bluefin Labs, Inc.'s Motion to Dismiss filed in the Arbitration and dated April 21, 2025.

12. Attached hereto as **Exhibit J** is a true and correct copy of Anti Capital's Opposition to Respondent Bluefin Labs, Inc.'s Motion to Dismiss dated May 5, 2025.

13. Attached hereto as **Exhibit K** is a true and correct copy of Respondent Bluefin Labs, Inc.'s Reply in Support of Motion to Dismiss dated May 12, 2025.

14. Attached hereto as **Exhibit L** is a true and correct copy of JAMS Arbitration Order No. 1 dated July 1, 2025.

15. Attached hereto as **Exhibit M** is a true and correct copy of JAMS Arbitration Order No. 3 dated July 17, 2025.

16. Attached hereto as **Exhibit N** is a true and correct copy of JAMS Arbitration Order No. 2 dated July 15, 2025.

17. Attached hereto as **Exhibit O** is a true and correct copy of Bluefin Labs, Inc.'s Motion for Leave to File Counterclaim filed in the Arbitration and dated August 4, 2025.

18. Attached hereto as **Exhibit P** is a true and correct copy of Bluefin Labs, Inc's Motion for Leave to File Dispositive Motion filed in the Arbitration and dated January 22, 2026.

19. Attached hereto as **Exhibit Q** is a true and correct copy of a Letter from Anti Capital dated January 26, 2026 in opposition to Bluefin Labs, Inc.'s Motion for Reconsideration.

20. Attached hereto as **Exhibit R** is a true and correct copy of JAMS Arbitration Order No. 10 dated February 2, 2026.

I declare under penalty of perjury the foregoing is true and correct.

Dated:    February 19, 2026

By: _____

Hayden A. Miller, Esq.