# EXHIBIT A

**JAMS COMPREHENSIVE ARBITRATION RULES AND PROCEDURES**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -     X
                                                                        :
In the Matter of an Arbitration Between                                 :
                                                                        :
ANTI CAPITAL (UPPER CAYMAN) and                                         :
ANTI CAPITAL ASIA LTD.,                                                  :
                                                                        :
                                                                        :
                                                                        :
                Claimants,                                              :
                                                                        :
        and                                                             :
                                                                        :
BLUEFIN LABS INC.                                                       :
                                                                        :
                                                                        :
                                                                        :
                Respondent.                                             :
                                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -     X

**SUPPLEMENTAL SUBMISSION**
**IN FURTHER OPPOSITION TO BLUEFIN LABS INC.' MOTION TO DISMISS**

Claimants Anti Capital (Upper Cayman) and Anti Capital Asia Ltd. (collectively, "Anti Capital"), submit the attached communications between Bluefin Labs Inc. ("Bluefin") and Anti Capital that prove the mutual modification and adjustments to the Services Agreement at issue in this arbitration. Further communications beyond those enclosed, including communications solely in the custody of Bluefin, would further confirm that the parties had modified the Services Agreement with respect to the: (1) compensation structure agreed upon by the parties; (2) duration of Anti Capital's services; and (3) scope of services being offered by Anti Capital. That stated, the enclosed communications establish by any standard that the parties' commercial relationship was governed by the Services Agreement, as modified between the parties, for over 18 months. The communications also establish that the Mutual Modification Agreement entered in 2024 did nothing to change this arrangement, contrary to the core argument advanced by Bluefin.

1

*First*, the parties' communications prior to entering into the Services Agreement confirm their intention to maintain flexibility in their consulting services and eventually move to token-based compensation.  In February 2023, Bluefin and Anti Capital discussed Anti Capital providing market making services to Bluefin to support the launch of Bluefin's token: *i.e.*, the Blue Token.  (*See* Screenshots One-Four)  The parties acknowledged the whatever agreement they initially reached would likely need to be modified as they developed a better understanding of what relationship worked best for them.  Rabeel Jawaid, Bluefin's principal, stated that it would "start with a two-month loan of $100k for Anti Capital to participate in our taker program" but because "it's hard on both ends to determine the KPIs at this point in time . . . two months is a good timeframe for you to be able to integrate with Bluefin, participate in the early version of the taker program, and become familiar with our exchange.  At the two-month mark, we can reevaluate the loan and what our future collaboration looks like." (Screenshot One.)  Even before entering and modifying the Services Agreement, Rabeel noted in March 2023, that it was his hope that the agreement would eventually be restructured such that Anti Capital would receive payment in future token rewards.  (Screenshot Two.)

*Second*, the parties' communications postdating the Services Agreement confirm that they needed to change the Services Agreement.  On the same day the parties entered the Services Agreement, they quickly realized that there were issues with performing the Services Agreement as executed and needed to get on the phone to discuss operational issues.  (Screenshot Five.)  Only ten days later, on May 29, 2023, Rabeel proposed modifying the Services Agreement.  (Screenshot Six.)  He asked whether "it make[s] sense for Anti Capital to receive all of the rewards (no profit sharing of them) but the tokens are first used to cover loses in trading capital and then all of the rewards thereafter belong fully to Anti Capital?"  (*Id.*)  This represented a significant change in

the compensation under the Services Agreement: *i.e.*, moving from profit sharing to future token compensation. The specific compensation was further fleshed out in communications the following day when Rabeel identified the reward payment methodology. (Screenshot Seven.) Anti Capital accepted the modification both in writing and through its conduct by trading in distinct markets as directed by Bluefin. (Screenshot Eight.) Anti Capital further confirmed its acceptance of the modified Services Agreement by sending Bluefin a document entitled "user acceptance tests & feedback" reflecting its thoughts on the new commercial relationship and Bluefin's exchange. (Screenshot Nine.) The modified Services Agreement was further clarified by express demands from Bluefin. For instance, on June 13, 2023, Bluefin demanded that Anti Capital scale its trading "to the 2-3M range for BTC and ETH." (Screenshot Ten.) There was no contractual provision requiring such trading in the original Services Agreement. Instead, the demand reflected a new expectation in exchange for new compensation (*i.e.*, reward tokens). Anti Capital accepted this new arrangement by investing resources towards developing trading "bots." (Screenshot Eleven.)

The idea that the Services Agreement had been modified was fully embraced by both parties and was not disputed until Bluefin decided to manufacture a (contrived) jurisdictional challenge. In fact, on July 15, 2023, Rabeel expressly asked if the terms of the Services Agreement could be further modified. He stated in a Slack communication with Maxim, "we have one more month left in the agreement. Would it be possible to adjust the retainer so that we continue for 3 more months, on a 10k/month basis, supporting 2 markets for volume and charts/books across the others (1 trade roughly every 10 minutes) instead of the 4 markets in the current agreement?" (Screenshot Thirteen.) Nor can Bluefin claim surprise at its own representations today. It knew that the changes to the Services Agreement were necessitated by its continuous delay in launching the Blue Token. (*See* Screenshot Twelve.) Over the following year, the parties periodically

3

adjusted the duration and reward incentives that Anti Capital would be offered, and the trading volume expectations that would be expected. For instance, in October 2023, Rabeel offered Anti Capital a further extension and modification of the Services Agreement whereby Anti Capital would be rewarded with certain fees if it generated trading volume. (Screenshot Fourteen.) This relationship appeared to be mutually agreeable as Bluefin had repeatedly thanked Anti Capital. On February 12, 2024, Bluefin's co-founder told Anti Capital that he was "seeing that Anti has been trading at scale on Bluefin – which has been super helpful in our growth 🙌." (Screenshot Fifteen.)

*Third*, the communications in advance of entering the Mutual Modification Agreement confirm that it only covered the disposition of the existing loan and did not change the Services Agreement. On May 13, 2024, Rabeel asked whether there was "[a]nything [Bluefin] can do to get Anti to continue trading as we build up into token launch" and Anti Capital advised that it did not need additional loans but instead sought further clarity about the timing of the "TGE" or token generation event. (Screenshot Sixteen.) Subsequently on May 24, 2024 (before executing the MMA), Rabeel described what the going-forward relationship would look like. He stated, "Anti has taken out 200k trading capital & 100k in loan[,] Anti to return the $300k and to keep all trading rewards[,] Anti to continue trading at the scale it was last month for the next 3 months until the end of August[.]" (Screenshot Seventeen (emphasis added).) Notably, the contemporaneously executed MMA does not discuss Anti Capital's continued trading, and only memorialized the return of capital. Accordingly, the promise to provide additional trading services through the launch of the Blue Token was separately governed by the modified Services Agreement, which survived the execution of the MMA.

*Fourth*, communications postdating the MMA further establish that the parties had

continued to operate under the terms of the modified Services Agreement. Months after executing the MMA, Rabeel continued to discuss the MMA and Anti Capital's continued trading as two separate transactions. For instance, on November 26, 2024, Rabeel noted that the "New amended agreement signed June 11th, trading started earlier (May 28th)." (Screenshot Eighteen (emphasis added).) He further noted that Anti Capital had "Min-volume guarantee for 3 months." (*Id.*) There is no volume guarantee contained in the MMA. When Bluefin failed to hit its targeted date for launching its Blue Token, Rabeel once again offered to further modify the Services Agreement. (Screenshot Eighteen.) He told Maxim that Anti Capital could "support[] for 6 more weeks with a 70M/week" or it could "come up with a way to amend our previous agreement." (*Id.*) In response, Maxim countered that Anti Capital would provide "about 4 more weeks with 70M / week" and Rabeel confirmed that this "sounds good, let [sic] do it." (*Id.*) Again, this arrangement of providing a minimum trading volume has no relation to the MMA which does not discuss trading volumes. Instead, trading services were governed by the Services Agreement which had been repeatedly extended and modified in response to Bluefin's failure to launch the Blue Token.

Bluefin's argument that the parties terminated the Services Agreement, or that it expired, or that Anti Capital ceased performing services is contrary to the parties' communications. As late as December 2024, Bluefin continued to entreat Anti Capital to invest resources toward the very trading activity governed by the Services Agreement. On December 3, 2024, Ibra of Bluefin noted that he was "[h]appy to see Anti Trading again and hope that with Token launch around the corner we can continue to work together 🤝." (Screenshot Nineteen.) Later, on December 11, 2024, Rabeel asked Maxim whether Anti Capital could increase its trading. (Screenshot Twenty ("since it's TGE [token generation event] in 14 hours, possible to size up for the next 2 days. Will help in setting the anchor for our launch price.").) After the launch of the Blue Token, Bluefin claimed

that it was entitled to withhold reward tokens from Anti Capital, but it never cited the MMA as the basis for such withholding.  Instead, it claimed that Anti Capital failed to hit targeted trading volume which was a function of the modified Services Agreement.  (*See* Screenshot 21.) Testimony from witnesses in this Arbitration, including Maxim Shen, will also establish that Anti Capital only accepted KPI targets for this final trading "epoch" based upon Bluefin's (false) promise that it would return certain BLUE tokens to Anti Capital that had been earned in 2023.

At bottom, the enclosed communications demonstrate that Anti Capital and Bluefin repeatedly adjusted the terms of the Services Agreement to alter the compensation structure, duration, and scope of services being provided.  Anti Capital's claims arise from the modified Services Agreement and, accordingly, Bluefin's Motion to Dismiss should be denied.

Dated: July 7, 2025

BROWN RUDNICK LLP

*/s/ Stephen Palley*

Stephen D. Palley, Esq.
BROWN RUDNICK LLP
1900 N Street NW, 4th Floor
Washington, DC 20036
Phone: (202) 536-1766
Facsimile: (617) 289-0466
Email: spalley@brownrudnick.com

Hayden A. Miller, Esq.
Natasha M. Ertzbischoff, Esq.
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Phone: (212) 209-4826
Facsimile: (212) 938-2849
Email: hmiller@brownrudnick.com
Email: nertzbischoff@brownrudnick.com

*Attorneys for Anti Capital (Upper Cayman)
and Anti Capital Asia Ltd.*

6

**SUPPLEMENTAL COMMUNICATIONS**

**Screenshot One**:  Beginning in February 2023, Maxim Shen (Anti Capital) and Rabeel Jawaid (Bluefin) discuss entering an agreement where Anti Capital would provide Bluefin with market making services.  The parties form the basic structure of the agreement, i.e., Bluefin loans money to Anti Capital to be used for trading.  They plan on reevaluating the services "at the two month mark" and modifying the agreement in order to match up with Bluefin's needs.

07:03
Maxim Shen | Anti Capital    (in Shanghai - June 24 ~ July 4)
In reply to this message
Nice to e-meet you

Z

08:33
Zabi | Bluefin
Hey Max, legal should be able to review the NDA tomorrow, and Rabeel is currently on a flight and should be able to get back to you tomorrow

M|

08:34
Maxim Shen | Anti Capital    (in Shanghai - June 24 ~ July 4)
In reply to this message
Sounds good, thanks for keeping me updated
18 February 2023

M|

18:11
Maxim Shen | Anti Capital    (in Shanghai - June 24 ~ July 4)
In reply to this message
Hi guys, how is NDA review so far? We want to start your DEX integration asap along with our consulting service if you still need
18:11
Thanks

M|

22:41
Maxim Shen | Anti Capital    (in Shanghai - June 24 ~ July 4)
.@rabeelj .@yzwang122

R

22:45
Rabeel | Bluefin
Hey Max, we can start with a two-month loan of $100k for Anti Capital to participate in our taker program. I understand that it's hard on both ends to determine the KPIs at this point in time, but I think two months is a good timeframe for you to be able to integrate with Bluefin, participate in the early version of the taker program, and become familiar with our exchange. At the two-month mark, we can revaluate the loan and what our future collaboration looks like
22:45
I've pinged legal again on the NDA

M|

22:46
Maxim Shen | Anti Capital    (in Shanghai - June 24 ~ July 4)
great, thanks for your trust, we will start our integration next week

1

**Screenshot Two**:  In early March, the parties discuss the contemplated reward compensation that Anti Capital would receive after the parties initiate the services.  This is once again reflecting the contemplated plan that, initially, the parties would operate under a profit-sharing model before moving to a token compensation model.

Rabeel | Bluefin
Hey Max, we're considering the following updates
- Increased cap to 1,000,000 tokens, which would allow Anti Capital up to $250k in rebate
- The 0.5 bps token rebate applies for both taker and maker volume. While the token is planned for release in the next 6 months, if it isn't, Anti Capital may elect to redeem the rebate in USDC

Apart from the rebate, the token reward component based on the formula should be significant and isn't capped per partner. We're hoping to finalize the program soon and want to keep it consistent for all partners participating.

M|

10:02
Maxim Shen | Anti Capital   (in Shanghai - June 24 ~ July 4)
In reply to this message
Thanks for sending it over. We will discuss it internally tomorrow

R

10:04
Rabeel | Bluefin
Sounds good!

M|

22:26
Maxim Shen | Anti Capital   (in Shanghai - June 24 ~ July 4)
In reply to this message
So for token reward, for total 30M tokens, every 14 days cycle for 182 days, so 13 epoch, each epoch trader can expect total 30M / 13 = 2.3M, for 0.25 per token, it worth 576,923 USDC. For both token reward and token rebate, we have to wait for at least 6 months, right? If so, traders do carry a lot of uncertainty here

And after 0.5 bps maker rebate, only tier 6 and vip will have -0.5 bps maker fee, it is not good as other DEXes that we are working with now, we are getting -1 bp maker fee. And even on Binance.com, we are getting -0.2 bps maker fee as we are in their MM program. Rebate from both DEXes and CEXes is immediate rebate included in our maker fills .

Additionally, will you have any dashboard for each epoch reward distribution?
3 March 2023

16:03
Deleted Account
Hey Max, thanks for your input. The calculation for the token reward is correct and the tokens will be tracked as points on our institutional dashboard, which we will release when we launch the incentive program

2

**Screenshot Three**:  In late March / early April, Bluefin and Anti Capital negotiate the initial profit-sharing version of the Services Agreement for Anti Capital to serve as a market maker or "MM" on the Bluefin Exchange.

03 April 2023

 **Rabeel | Bluefin**
Hey Max, does Anti Capital have the bandwidth to start integrating with Bluefin as a MM so that you're able to go live once we finalise and release the MM program in 2-3 weeks?

 **Maxim Shen**
yes, we will have Bluefin prioritized for 1st on our TODO list

 

 **Rabeel | Bluefin**
awesome, appreciate it!

3

**Screenshot Four**:  Subsequently, in May 2023, the parties discussed a "side deal" for Bluefin to provide Market Making services. This deal was necessary to induce Anti Capital into partnering with Bluefin.  Bluefin was in need of these services as it "book liquidity" was by its own admission not "as strong as we'd like."  This eventually became the Services Agreement.

16 May 2023

 **Rabeel | Bluefin**
Hey Max, are you free to hop on a call right now or at some point tomorrow?

 **Maxim Shen**
sure, feel free to book my time at https://calendly.com/max-anti-capital/60min

Calendly
60 Minute Meeting - Maxim Shen


Ⓐ ANTI CAPITAL

 **Rabeel | Bluefin**
Scheduled for tomorrow!

While we're taking the MM program live in the next 4 weeks, is there a side deal we can work out with Anti Capital for MM?

It would be really helpful for us in scaling flow since our top of book liquidity isn't as strong as we'd like

 **Maxim Shen**
We can discuss on that for sure.

Rabeel | Bluefin
Scheduled for tomorrow!

Great! Talk soon

17 May 2023

 **Rabeel | Bluefin**
Hopping on in 2 min!

 **Maxim Shen**
Sure

4



**Rabeel | Bluefin**
Spoke to the team and we're good to go with terms you shared – please send over a draft agreement and we'll get it executed later this week! If we can get all the logistics sorted this week, do you think you could be live in the first half of next week?

> **Maxim Shen**
> another VC round before token gets live is a good idea

for sure!



**Maxim Shen**
> **Rabeel | Bluefin**
> Spoke to the team and we're good to go with terms you shared – please send over a draft agreement a...

Possible

 



**Rabeel | Bluefin**
Awesome, looking forward to it!

**Screenshot Five**:  Shortly after entering into the Services Agreement—and as part of the process the parties envisioned (*i.e.*, reevaluating the services agreement at the "two month mark")—the parties discussed Bluefin fees that were being charged and how they prevented Anti Capital from generating profits.  This is the beginning of discussions to modify the Services Agreement.



6

**Screenshot Six**:  In light of the profitability issues that Anti Capital encountered, Bluefin's principal (Rabeel) offered to modify the Services Agreement.  Among other things, instead of "profit sharing" the parties would move to a different compensation model where "tokens are first used to cover losses in trading capital and then all of the rewards thereafter belong fully to Anti Capital."

29 May 2023

 **Rabeel | Bluefin**
Hey Max, we'll be taking the Trade & Earn program live tomorrow and Anti Capital accounts will be able to start earning rewards.

In terms of what that looks like operationally – does it make sense for Anti Capital to receive all of the rewards (no profit sharing of them) but the tokens are first used to cover loses in trading capital and then all of the rewards thereafter belong fully to Anti Capital?

 **Maxim Shen**
Sure, makes sense to me.

And trade and earn reward will be in USDC?

 **Rabeel | Bluefin**
They're in points that convert to tokens at TGE in ~2 months



 **Maxim Shen**
And we wonder how we can lower taker fee and increase maker rebate

And I think we are ready to deploy more bots to bluefin using that 100k USDC token loan.

After that, I think TOB spread and overall trading activity will be further improved

 **Rabeel | Bluefin**
> **Maxim Shen**
> And I think we are ready to deploy more bots to bluefin using that 100k USDC token loan.

Sounds good, we can have this facilitated by tomorrow

> **Maxim Shen**
> And we wonder how we can lower taker fee and increase maker rebate

Will also get back to you after chatting with the team tomorrow afternoon

 **Maxim Shen**
Great. Looking forward to it.

7

**Screenshot Seven**:  On May 30, 2023, the parties continued to develop a bespoke fee payment structure to compensate Anti Capital instead of the original compensation model.  Bluefin offers to "reduce the Anti Capital fee tier" so that it can realize further reward tokens.



**Screenshot Eight**:  The parties reached an agreement that Anti Capital would cover "all the markets on Bluefin" rather than the limited set of markets set forth in the Consulting Agreement, in exchange for the change in compensation structure discussed on May 30, 2025.  Maxim Shen states that "we are covering all the markets on Bluefin now" and send a screenshot indicating they are trading in various derivative products.  Rabeel, Bluefin's principal responds with a heart emoji.

31 May 2023

 Maxim Shen



We are covering all the markets on Bluefin now



9

**Screenshot Nine**:  Weeks after Bluefin and Anti Capital had begun performing under the Modified Services Agreement, Anti Capital shared a "user acceptance test & feedback" document representing key issues remaining in Bluefin's platform.



**Screenshot Ten**:  Days later, Bluefin directs Anti Capital towards markets that it wants to see Anti Capital trading in, including, e.g., ETH and BTC.  This too reflects a modification of the Services Agreement from specified markets to ad hoc markets as directed by Bluefin.



11

**Screenshot Eleven**:  Anti Capital invests resources towards performing under the modified Services Agreement.  Among other things, on June 19, 2023, it spends $20,000 towards "maker/taker bots" to execute trades in markets as directed by Rabeel, a service that was only contemplated after the parties modified the Services Agreement.



**Screenshot Twelve**:  Within one month of the Services Agreement being executed, the parties further discuss their commercial relationship in a manner that reflects the modification.  Instead of discussing compensation in terms of profit sharing, they are discussing how to reduce fees and compensation being affected by the "delayed token IEO".  In addition, Rabeel confirms that trading is concerning "current balance," *i.e.*, the $200,000 that was the subject matter of the Services Agreement.



13

**Screenshot Thirteen**:  In addition to adjusting the: (1) compensation owed to Anti Capital and (2) scope of services being offered (i.e., directing Anti Capital to trade in new markets), Bluefin further adjusted the terms of the Services Agreement by (3) extending its duration.  It did so the first time on July 15, 2023, when it initially requested extending the agreement by "3 or more months."  Anti Capital agreed on July 17, 2023.





**Screenshot Fourteen**:  As a routine matter, the parties would further modify their compensation arrangement each "epoch" or multi-week trading period.  For instance, in October 2023, Bluefin's Rabeel advised Anti Capital's Dara Shahriari that it would offer particular fees with particular volume expectations for the upcoming epoch.

[10/19/2023 11:20 AM] **Dara Shahriari**: Any updates on that taker program? We want to know if it's worth waiting for. We haven't been running our taker strategy this epoch, since there wouldn't be any point if this program is around the corner

[10/19/2023 01:18 PM] **Rabeel**: Hey Dara - this was an important decision so had to chat w/ the team in detail and model out the impact. Here's is what we thought (will finalize soon)

[10/19/2023 01:19 PM] **Rabeel**: Special fee tier for the rest of this epoch:
Taker Fee 1.0 bps (whitelisted on-chain)
Maker Fees: -0.1 bps (issued as a rebate)
Volume Requirement: $150M/epoch (will pro-rate for the rest of the epoch)

[10/21/2023 10:11 PM] **Rabeel**: Hey - we got pushback from our MMs on the fee tier and that it'd promote more toxic flow. They suggested not changing things too aggressively immediately - so, here's what we're thinking of starting off with:
 Network: Sui Only (want to observe how the market dynamics change by not changing it on Arbitrum and also only running for a few weeks initially)
 Duration: 3 weeks (remaining time in Epoch). Starts midnight UTC on Monday
 Taker Fee 1.5 bps
 Maker Fees: 0 bps
 Volume Requirement: $75M over 3 weeks

[10/22/2023 11:29 AM] **Dara Shahriari**: Hey Rabeel, that works for us. Can we start tomorrow?

[10/22/2023 09:13 PM] **Rabeel**: Yep end of day tomorrow - ping me to confirm!

16

**Screenshot Fifteen**:  This updated arrangement proved agreeable and Bluefin thanked Anti Capital for its continuing trading services throughout 2024, which reflected the continuing enforceability and validity of the modified Services Agreement.



17

**Screenshot Sixteen**:  In advance of entering the Mutual Modification Agreement, Rabeel asked Maxim if there was anything that Bluefin could do to persuade Anti Capital to continue providing services.  This inducement was necessary because Bluefin had repeatedly delayed its launch of the Blue Token, i.e., the only compensation that Anti Capital could expect to receive for its years of services.



**Screenshot Seventeen**:  Contemporaneous with executing the Mutual Modification, the parties' internal communications reflect that the Services Agreement was still valid and enforceable, and that the parties only intended to memorialize a repayment that would be tied to the launch of the Blue Token.  Far from asking Anti Capital to cease all services, Rabeel specifically asked Anti Capital to "continue trading at the scale it was the last month for the next 3 months."



19

**Screenshot Eighteen**:  After executing the MMA, the parties discussed how the MMA ("signed June 11") only governed the loan portion of the parties commercial relationship and the modified Services Agreement set forth the trading services.  For instance, Rabeel notes that there is a "Min-volume guarantee for 3 months: $15M/day ($105M/week) with a target of $30M/day".  None of this is a term agreed upon in the MMA and instead reflects the continuing validity of the modified Services Agreement.  Rabeel and Maxim agree upon a further amendment to the Services Agreement whereupon Anti Capital will provide "4 more weeks with 70M/week" in trading volume.



 **Rabeel** 05:18
I understand and am willing to come up with a middle ground - here are two options:

Option 1 - Supporting for 6 more weeks with a 70M/week. That should be a middle ground
Option 2 - We come up with a way to amend our previous agreement. Let me know if you have any suggestions here!

---

(also noting that it's currently very profitable to be on Bluefin with about a 80-90% rebate on fees via Sui Incentives)

 **Maxim** 05:30
How about 4 more weeks with 70M / week, I think immediate DEX volume will be more important

 **Rabeel** 05:43
sounds good, let do it

 **Maxim** 05:47
We will start tomorrow

 1

 **Rabeel** 05:50
awesome - should also be more profitable than the past!

 1

**Screenshot Nineteen**:  After executing the MMA, the parties discussion of services is tied to the modified Services Agreement (including the 70M weekly volume commitment) rather than the terms of the MMA.  Ibra (a member of Bluefin) confirmed that Anti Capital's trading as late as December 2024 was meeting expectations under the modified Services Agreement and entitled it to Blue Tokens upon the token launch.



22

**Screenshot Twenty**:  After the execution of the MMA, and through the launch of the Blue Token, Bluefin continued to expect, request, and promise to compensate Anti Capital for market making services.  None of the compensation discussed in the chat stems from the MMA, it is all a function of the modified Services Agreement.



**Screenshot Twenty One**:  Bluefin claims that it was entitled to withhold tokens from Anti Capital, after receiving services through the launch (TGE) of the Blue Token based on Anti Capital's purported failure to hit KPIs.  Setting aside the factual dispute as to whether any KPIs were necessary to receive the reward tokens, Bluefin concedes that it is operating under a modified version of the Services Agreement.  Ibra (of Bluefin) states that it "restructure[ed] our original agreement for the second time in favor of lower target KPIs."  Notably, KPIs are nowhere mentioned in the MMA and are purely a function of the parties modified Services Agreement.



