# EXHIBIT E

May 31, 2024 00:00:00 AM - Jun 1, 2024 00:00:00 AM

Slack Messages: **4,** People: **2,** Attachments: **0,** Threads: **0**

**RJ** **Rabeel Jawaid 03:02:00 PM**

Legal reviewing atm - but we can't have volume SLA or pricing information in there

**RJ** **Rabeel Jawaid 03:02:22 PM**

The former will have to be a handshake agreement

**MS** **Maxim Shen 03:09:37 PM**

Could you legal suggest edits? And send us the redline version?

**RJ** **Rabeel Jawaid 03:33:01 PM**

Yep they're working on it

👍 1

**CONFIDENTIAL**

**ANTICAPITAL_00000736**