# EXHIBIT F

## MUTUAL MODIFICATION AGREEMENT

This Mutual Modification Agreement (the "*Modification*") is effective as of May 24, 2024 (the "*Effective Date*") by and between Anti Capital (Upper Cayman), a Cayman Islands business company ("**Anti Capital**"), Anti Capital Asia Ltd. ("**Anti Capital Asia**") and Bluefin Labs Inc. Company Number: 2053019, OMC Chambers, Wickhams Cay 1, Road Town Tortola, British Virgin Islands ("*Customer*").  Each of Anti Capital and Customer may be referred to herein as a "*party*", and together, the "*parties*".

**WHEREAS**, Anti Capital and Customer are parties to that certain loan agreement, effective May 9, 2023 (the "*Loan Agreement*");

**WHEREAS,** Anti Capital Asia and Customer were parties to a services agreement dated effective May 18, 2023 (the "*May 18 Agreement*") which as of the date hereof has expired;

**WHEREAS**, the parties now mutually wish to modify certain terms of the Loan Agreement.  Unless specifically addressed herein, no other provisions of the Loan Agreement are intended to be modified hereby;

**WHEREAS**, all capitalized terms used herein and not otherwise defined in this Modification shall have the same meanings as in the Loan Agreement;

**NOW, THEREFORE**, in consideration of the mutual promises and obligations contained herein, and for other good and valuable consideration, receipt of which is specifically acknowledged by each of the parties, the parties hereby agree as follows:

## 1.    Modification

1.1    Anti Capital Asia agrees to return 100,000 USDC of the Capital Deposit (as such term is defined in the May 18 Agreement) promptly following execution of this Modification.

1.2    The parties agree that notwithstanding the fact that the Outstanding Indebtedness of 100,000 USDC was not repaid on the Maturity Date, the aggregate amount of the Outstanding Indebtedness and the remaining 100,000 USDC of the Capital Deposit (collectively, the "*Outstanding Amount*") shall be repaid as follows:

(a)    on the date that is one month following the BLUE token ("*BLUE*") Token Genesis Event ("*TGE*"), if the aggregate value of the aggregate BLUE unlocked and received Anti Capital and Anti Capital Asia (calculated based on the time-weighted average trading price of BLUE for the 7 days prior to such date based on the trading prices reported at www.coinmarketcap.com ("*7-Day TWAP*")) (the "*First Month BLUE Amount*") is equal to or greater than the Outstanding Amount , Anti Capital and Anti Capital Asia agree to immediately repay the Outstanding Amount to Customer. If the First Month Blue Amount is less than the Outstanding Amount, then Anti Capital and Anti Capital Asia agree to repay to Customer such amount in USDC as is equal to the First Month BLUE Amount;

1

(b)     on the date that is two months following the TGE, if the aggregate value of the aggregate BLUE unlocked and received by Anti Capital and Anti Capital Asia (calculated based on the 7-Day TWAP prior to such date) (the "**Second Month BLUE Amount**") is equal to or greater than the Outstanding Amount less the amount paid under Section 1.2(a), then Anti Capital and Anti Capital Asia agree to immediately repay the remaining amount of the Outstanding Amount to Customer. If the Second Month BLUE Amount is less than such remaining Outstanding Amount, then Anti Capital and Anti Capital Asia agree to repay to Customer such amount in USDC as is equal to the Second Month BLUE Amount; and

(c)     on the date that is three months following the TGE, Anti Capital and Anti Capital Asia shall pay the remaining outstanding amount of the Outstanding Amount, if any.

1.3     Anti Capital will keep all Bluefin points or BLUE tokens earned through its trading accounts.

1.4     Customer shall deliver 143,132 BLUE tokens to Anti Capital Asia one month following TGE.

## 2.     **General Provisions**

**2.1**     The terms and conditions of this Modification shall insure to the benefit of and be binding upon the respective successors and assigns of the parties hereto. Nothing in this Modification, express or implied, is intended to confer upon any third party any rights, remedies, obligations, or liabilities under or by reason of this Modification, except as expressly provided in this Modification.

**2.2**     Other than as set out in this Modification, no modification, amendment or waiver of any provision of this Modification shall be effective unless approved in writing by Anti Capital and Customer.

**2.3**     This Modification and the Loan Agreement set forth the entire agreement and understanding between the parties relating to the subject matter herein and supersedes all prior or contemporaneous disclosures, discussions, understandings and agreements, whether oral or written, between them.

**2.4**     This Modification may be executed in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. Electronically delivered signatures shall have the same weight and effect as originals.

[*Signature Page Follows*]

IN WITNESS WHEREOF, the parties have executed this Mutual Modification Agreement as of the Effective Date.

**ANTI CAPITAL (UPPER CAYMAN)**

By: _Powen Perng_

Name: Powen Perng

Title:  Director

Date:_____6/11/2024_____

Email:  powen@anticapital.ai_____

**CUSTOMER:**
**BLUEFIN LABS INC.**

By: _Jonathan Ip_

Name:     Jonathan Ip _____

Title:     Director_____

Date:_____6/11/2024_____

Email:     Jonathan@firefly.foundation_____

**ANTI CAPITAL ASIA LTD.**

By: _Powen Perng_

Name: Powen Perng
Title:  Director
Date:_____6/11/2024_____

Email:  powen@anticapital.ai_____

3