# EXHIBIT G

R. JAWAID
1/14/2026

# Exhibit 4

KENNY A. RODRIGUEZ

## Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 2 | Date Range: 6/3/2023 |

## Outline of Conversations

 **mpdm-meet--ahmad--rabeel--zabi-1** • 2 messages on 6/3/2023 • Ahmad Jawaid<ahmad@seed.im> • Meet Patel<meet@seed.im> • Rabeel Jawaid<rabeel@bluefin.io> • zabi -<zabi@seed.im>

Bluefin0001284

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **mpdm-meet--ahmad--rabeel--zabi-1**

R **Rabeel Jawaid<rabeel@bluefin.io>**                                  6/3/2023, 3:15 PM
*Anti Capital Goals (Starting Monday Hopefully)*
• BTC ~$3M/day
• ETH ~$3M/day
• ARB ~$750/day
• SOL ~$750k/day
They're also asking for a 50/50 upside share on profits given that they've dedicated a large part of their engineering
bandwidth to us currently

R **Rabeel Jawaid<rabeel@bluefin.io>**                                  6/3/2023, 3:18 PM
Hopefully in a week or two we can make a post like this:
• Anti Capital: $7.5M/day -&gt; 52.5M/week
• ███████: $5M/day -&gt; 35M/week
• Retail: $3M/day -&gt; 21M/week



*Image: image.png.PNG (655 KB)*
:🔥: 2 • Ahmad Jawaid<ahmad@seed.im> • Meet Patel<meet@seed.im>

Bluefin0001285