# EXHIBIT H

Dec 26, 2024 00:00:00 AM - Dec 27, 2024 00:00:00 AM

Slack Messages: **12,** People: **3,** Attachments: **0,** Threads: **0**

**DS** **Dara Shahriari 05:53:29 PM**
Unknown User ID:U06KVFQ64CB can you confirm that we hit 280M?

**IB** **Ibrahim Barbery 07:16:15 PM**
Hey Max & Dara, here is the summary for this last period we had agreed upon. The new KPI went live and Anti restarted trading at 12 pm ET on Tuesday, November 26th for 4 weeks: • Week 1 (Nov 26th- Dec 3rd): `72,913,045.97` • Week 2 (Dec 3rd- Dec 10th): `34,126,230.38` • Week 3 (Dec 10th- Dec 17th): `85,227,325.72` • Week 4 (Dec 17th- Dec 24th): `33,111,072.78` • Total: `225,377,674.86` The KPI was met for week 1 & 3, but not for 2 & 4, similar to what happened in the Summer – So we'll revert by end of week with our final decision.

**DS** **Dara Shahriari 07:21:41 PM**
Can you please mesure from today? I believe we made up for it, unless my script is wrong...

**DS** **Dara Shahriari 07:22:08 PM**
This is the number i'm seeing: 280.7M -> 48.5M in the past 48hrs

**CONFIDENTIAL**                    **ANTICAPITAL_00000710**

**Dara Shahriari 07:25:39 PM**

And Unknown User ID:U06KVFQ64CB, as we mentioned earlier, our strategy is highly dependent on maker spreads, which is why the volume was lower during those periods of high volatility. You also led us to believe that we would be able to make up for the volume in following weeks. Additionally, we increased the burn in good faith yesterday to reach the 280M mark as quickly as possible.

**Dara Shahriari 07:31:03 PM**

If the bluefin team was allowed to push back TGE multiple times while leaving us in the dark (for the betterment of the project), i think that we should at least be treated with a similar leniency, seeing as we did hit our 280M KPI with only a 2 day delay.

**Dara Shahriari 07:32:57 PM**

This is very misleading based on what seems to be your current stance. [December 17th, 2024 10:21 AM] ibrahim: If you could do 90M this week would be great! That way the sum adds up in the month to 70M per week

**Ibrahim Barbery 08:11:35 PM**

Yeah that was the stance but the weeks ended on Tuesday's as we had agreed here: And considering you had traded almost 30M until the 22nd we assumed you would make it to 70M in the originally agreed timeframe (4

**CONFIDENTIAL**

weeks since we started). We have given Anti enough flexibility in the past with this and previous agreements, seeing that the KPI was to meet 70M per week to keep consistent trading volume and there was a week in between it wasn't met either. Also, this comes after restructuring our original agreement for the second time in favor of lower target KPIs, considering that in the summer neither the target nor the minimum KPIs were met. Like I said, we'll revert by the end of the week with our decision. [December 2nd, 2024 7:22 AM] dara: For the 70M weekly volume commitment, we are assuming that the week ends on Tuesdays at 12pm EST, since that's when we started. Just wanted to confirm that with Unknown User ID:U06KVFQ64CB Unknown User ID:U01SSUZ8MR6 so everyone is on the same page.

---

**DS**

**Dara Shahriari 08:19:12 PM**

Please at least confirm that we did hit 280M as of today Unknown User ID:U06KVFQ64CB

---

**DS**

**Dara Shahriari 08:19:38 PM**

And sure, revert when you have made a decision

---

**MS**

**Maxim Shen 11:30:19 PM**

We still want to foster a better partnership if you are also inclined to. Unfortunately, a lot of things were out of our control when all of your market makers were pulling their bids and

**CONFIDENTIAL**

**ANTICAPITAL_00000712**

asks during volatile hours. Unknown User ID:U06KVFQ64CB We hope you still do recognize our good intentions and efforts from the past 18 months.

 **Maxim Shen 11:44:20 PM**

I will have a call with Unknown User ID:U01SSUZ8MR6 tomorrow to discuss something good for both sides.

**CONFIDENTIAL**

**ANTICAPITAL_00000713**