# EXHIBIT L



IN THE MATTER OF:                              )
                                               )
ANTI CAPITAL (UPPER CAYMAN) and
ANTI CAPITAL ASIA LTD.
                                               )
                              Claimants,       )
                                               )
v.                                             )      CASE NO. 5425003755
                                               )
BLUEFIN LABS, INC.                             )
                                               )
                                               )
                                               )
                                               )
                                               )
                                               )
                              Respondent.

## PROCEDURAL ORDER REGARDING MOTION TO DISMISS, SUPPLEMENTAL EVIDENCE, AND JOINT AGENDA STATEMENT

Following the discussion during the initial case management conference held on June 26, 2025, and having reviewed the submissions to date on the pending Motion to Dismiss, the Arbitrator will allow a brief opportunity for limited supplementation of the record before ruling on the motion.

During the June 26 conference, both parties indicated that they did not believe a hearing was necessary for resolution of the Motion to Dismiss.

The Claimant has indicated that retrieving and producing the referenced Signal messages may be burdensome due to the volume of communications, encryption, or other technical limitations. Nonetheless, the Arbitrator will allow a brief opportunity for Claimant to submit any such materials it wishes the Arbitrator to consider, limited to



communications between the parties - such as Signal messages or other written exchanges - that are offered to show mutual modifications or adjustments to the contract at issue.

Any such materials must be submitted by Claimant no later than **July 7, 2025, end of day EST**. The Respondent may submit a response limited to the supplemental materials no later than **July 10, 2025, end of day EST**.

This opportunity is being provided at the Arbitrator's discretion and solely to ensure the record is complete before ruling on the dispositive motion. Given the need to resolve the Motion to Dismiss efficiently and fairly, no further extensions of these deadlines are anticipated or likely to be granted. If Claimant does not make a timely submission, the Arbitrator will proceed to rule based on the existing record.

In addition, as ordered during the June 26 case management conference, the parties shall provide a joint statement addressing any remaining items from the agenda circulated on June 12, 2025, no later than **end of day on July 2, 2025**, to the extent not already submitted.

A separate scheduling order will be circulated following receipt of the parties' joint statement.

IT IS SO ORDERED.

**Peter Kamminga, Ph.D. Esq.**

Dated: July 1, 2025