UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                :

BLUEFIN LABS INC.,                      :

                          :

               Petitioner,      :

                          :        26-CV-1190 (JMF)

      -v-                    :

                          :           <u>ORDER</u>

ANTI CAPITAL (UPPER CAYMAN) et al,    :

                          :

            Respondents.     :

                          :

--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       For the reasons stated on the record during the teleconference held earlier today, Petitioner's motion for a temporary restraining order ("TRO"), *see* ECF No. 3, was DENIED.  In addition, as Petitioner acknowledged on the record that the Court's reasoning as to the TRO also disposes of Petitioner's preliminary injunction request and the merits of this action, judgment shall be entered in Respondents' favor.

       The Clerk of Court is directed to terminate ECF No. 3, to enter judgment in Respondents' favor consistent with this Order, and to close this case.

       SO ORDERED.

Dated: February 24, 2026
      New York, New York                      _____
                                      JESSE M. FURMAN
                              United States District Judge