**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
BLUEFIN LABS INC.,

                    Petitioner,                            26 **CIVIL** 1190 (JMF)

        -against-                                   **JUDGMENT**

ANTI CAPITAL (UPPER CAYMAN) et al,

                    Respondents.
-----------------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 24, 2026, Petitioner's motion for a temporary restraining order is DENIED. Judgment is hereby entered for the Respondents and the case is closed.


**Dated**: New York, New York
       March 4, 2026

                                        **TAMMI M. HELLWIG**

                                          **Clerk of Court**


                    **BY:**

                                        **Deputy Clerk**